COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9200
Thomas Kjellberg (txk@cll.com)
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

| | |
|---|---|
| RHINESTONE JEWELRY CORPORATION, | : |
| Plaintiff, | : |
| -against- | : **No.** |
| BLING JEWELRY INC., EJEWELER.COM LLC d/b/a OVERSTOCKJEWELER.COM, ELENA CASTAÑEDA, and JOHN DOES 1-10 | : **RULE 7.1 STATEMENT** : : |
| Defendants. | |

-------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that Rhinestone Jewelry Corporation (a private non-governmental party) has no parent corporation, and that there are no publicly held corporations that own more than 10% of the stock of Rhinestone Jewelry Corporation.

Dated:   New York, New York
             October 24, 2017

                                                                        COWAN, LIEBOWITZ & LATMAN, P.C.
                                                                        Attorneys for Plaintiff

                                                                        By:   s/ Thomas Kjellberg
                                                                                Thomas Kjellberg
                                                                        114 West 47th Street
                                                                        New York, NY  10036
                                                                        (212) 790-9202
                                                                        txk@cll.com