AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

RHINESTONE JEWELRY CORPORATION )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 17-cv-8202
BLING JEWELRY INC. EJEWELER.COM LLC d/b/a )
OVERSTOCKJEWELER.COM, ELENA )
CASTANEDA, and JOHN DOES 1-10 )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elena Castaneda
351 East 84th Street
New York, New York 10028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas Kjellberg, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*