**COWAN LIEBOWITZ LATMAN**

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

Thomas Kjellberg
(212) 790-9202
tk@cll.com

JAN 1 1 2018

January 11, 2018

**SO ORDERED**
The conference is adjourned to
February 13, 2018 at 9:30 a.m.

*George B Daniel*

HON. GEORGE B. DANIELS

JAN 1 1 2018

**By ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Rhinestone Jewelry Corporation v. Bling Jewelry Inc. et al.,
    Civil Action No. 1:17-cv-08202-GBD
    Adjournment of Initial Pretrial Conference

Dear Judge Daniels:

We represent Rhinestone Jewelry Corporation, the plaintiff in this matter. We write to seek an adjournment of the initial pretrial conference scheduled for January 16, 2018 at 9:30 a.m.

While no appearance has been entered on behalf of defendants, we have been in discussion with defendants' counsel, Paul F. Millus, Esq., of Campbell Meyer Suozzi English & Klein P.C., who we understand was only recently retained.

Accordingly, we respectfully request that the initial conference be adjourned until February 5, 2018, or a date thereafter at the Court's convenience, to allow time for defendants' counsel to become familiar with the case, and for the parties to pursue the possibility of amicable settlement. Counsel for defendants concurs in this request. This is the parties' first request for adjournment of the initial conference date.

Respectfully submitted,

s/Thomas Kjellberg

Thomas Kjellberg

cc: Paul F. Millus, Esq.

30108/012/2386230.1