UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

RHINESTONE JEWELRY CORPORATION,

                        Plaintiff,

          - against -

BLING JEWELRY INC., EJEWELER.COM LLC d/b/a
OVERSTOCKJEWELER.COM, ELENA CASTANEDA,
and JOHN DOES 1-10,

                       Defendants.
-------------------------------------------------------------------------X

Case No. 17-cv-08202-GBD

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Paul F. Millus, Esq., of Meyer, Suozzi, English & Klein, P.C., hereby appears as attorney for the defendants in the above-captioned action and demands that, from hereon, copies of all papers in this action be served upon the undersigned at the address stated below and/or in accordance with the Court's electronic filing procedures.

Dated: Garden City, New York
       February 5, 2018

                        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                        By: /s/ *Paul F. Millus*
                            Paul F. Millus, Esq.
                        990 Stewart Avenue, Suite 300
                        P.O. Box 9194
                        Garden City, New York  11530-9194
                        Tel: (516) 741-6565
                        pmillus@msek.com
                        *Attorneys for Defendants*

TO:    Thomas Kjellberg, Esq.
        COWAN, LIEBOWITZ & LATMAN, P.C.
        114 West 47th Street
        New York, New York  10036
        Tel: (212) 790-9200
        txk@cll.com
        *Attorneys for Plaintiff*

4065340