# MEYER SUOZZI

**Paul F. Millus**
Member of the Firm

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Direct Dial: 516-592-5933   Office: 516-741-6565
Fax: 516-741-6706
pmillus@msek.com
www.msek.com

February 15, 2018

**BY ECF**

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY  10007

      Re:   *Rhinestone Jewelry Corp. v. Bling Jewelry Inc., Ejeweler.com LLC d/b/a Overstockjeweler.com, Elena Castaneda and John Does 1-10*
            U.S.D.C., S.D.N.Y. Case No.:  1:17-cv-08202

Dear Judge Daniels:

    We are the attorneys for defendants in this civil action.  We write in connection with the Initial Pretrial Conference originally scheduled for February 13, 2018 in this matter.  I apologize to the Court and have done so to opposing counsel as a result of my inability to attend.  Pursuant to your Clerk's direction, please note that we are available for this initial conference on either February 27, 2018 or March 6, 2018.

    Nevertheless, I wish to note to Your Honor that plaintiff's counsel and I have been discussing a potential resolution in this matter and have been exchanging information for several weeks, as they relate to plaintiff's claims.  Towards that end, we have prepared the attached "Order of Reference To A Magistrate Judge" and request that Your Honor issue an Order (1) referring the case to a Magistrate Judge for a settlement conference, and (2) adjourning the Initial Conference until a date to be reset after the settlement conference, should the parties not settle the case, on either of the two dates set forth above.

    Thank you for your consideration of this matter.

                                Respectfully submitted,

                                s/ *Paul F. Millus*

                                Paul F. Millus

PFM:mr
cc:  Thomas Kjellberg, Esq. (By ECF)

4068830

| ALBANY | NEW YORK CITY | WASHINGTON, D.C. |
|---|---|---|
| One Commerce Plaza | 1350 Broadway, Suite 501 | 1300 Connecticut Avenue, N.W. |
| Suite 1705 | P.O. Box 822 | Suite 600 |
| Albany, New York 12260 | New York, New York 10018-0026 | Washington, DC 20036 |
| Tel: 518-465-5551 I Fax: 518-465-2033 | Tel: 212-239-4999 I Fax: 212-239-1311 | Tel: 202-496-2103 I Fax: 202-223-0358 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RHINESTONE JEWELRY CORPORATION,

                         Plaintiff,

  - against -

BLING JEWELRY INC., EJEWELER.COM LLC d/b/a
OVERSTOCKJEWELER.COM, ELENA CASTANEDA,
and JOHN DOES 1-10,

                         Defendants.
------------------------------------------------------------------------X

Case No. 17-cv-08202-GBD

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to Magistrate Judge Katharine H. Parker for the following purposes:

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

**SO ORDERED.**

Date: February ___, 2018
       New York, New York

_____
**GEORGE B. DANIELS
United States District Judge**

4069285