UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RHINESTONE JEWELRY CORPORATION,

                    Plaintiff,

- against -

BLING JEWELRY INC., EJEWELER.COM LLC d/b/a
OVERSTOCKJEWELER.COM, ELENA CASTANEDA,
and JOHN DOES 1-10,

                    Defendants.
------------------------------------------------------------------X

Case No. 17-cv-08202-GBD (KHP)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to Magistrate Judge Katharine H. Parker for the following purposes:

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___ Specific Non-Dispositive Motion/Dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____

All such motions: _____

**SO ORDERED.**

Date: February ___, 2018
      New York, New York

_____
**GEORGE B. DANIELS
United States District Judge**

4069285