```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RHINSTONE JEWELRY CORPORATION,

                              Plaintiff,

      -against-

BLING JEWELRY INC., EJEWELER.COM LLC d/b/a
OVERSTOCKJEWELER.COM, ELENA CASTANEDA.
and JOHN DOES 1-10,

                              Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**17-CV-8202 (GBD)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 21).  A telephone conference will be held on **Tuesday, March 13, 2018 at 11:00 a.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers on Tuesday, March 13, 2018 at 11:00 a.m. with counsel for all parties on the line.  Please dial 212-805-0234.

      SO ORDERED.

Dated: February 20, 2018
       New York, New York

*Katharine H Parker*

_____
KATHARINE H. PARKER
United States Magistrate Judge