# MEYER SUOZZI

Paul F. Millus
Member of the Firm

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Direct Dial: 516-592-5933   Office: 516-741-6565
Fax: 516-741-6706
pmillus@msek.com
www.msek.com

February 15, 2018

**BY ECF**

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

FEB 2 0 2018

**SO ORDERED**

The conference is scheduled for
March 6, 2018 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

Re:   *Rhinestone Jewelry Corp. v. Bling Jewelry Inc., Ejeweler.com LLC
d/b/a Overstockjeweler.com, Elena Castaneda and John Does 1-10*
U.S.D.C., S.D.N.Y. Case No.: 1:17-cv-08202

Dear Judge Daniels:

We are the attorneys for defendants in this civil action. We write in connection with the Initial Pretrial Conference originally scheduled for February 13, 2018 in this matter. I apologize to the Court and have done so to opposing counsel as a result of my inability to attend. Pursuant to your Clerk's direction, please note that we are available for this initial conference on either February 27, 2018 or March 6, 2018.

Nevertheless, I wish to note to Your Honor that plaintiff's counsel and I have been discussing a potential resolution in this matter and have been exchanging information for several weeks, as they relate to plaintiff's claims. Towards that end, we have prepared the attached "Order of Reference To A Magistrate Judge" and request that Your Honor issue an Order (1) referring the case to a Magistrate Judge for a settlement conference, and (2) adjourning the Initial Conference until a date to be reset after the settlement conference, should the parties not settle the case, on either of the two dates set forth above.

Thank you for your consideration of this matter.

Respectfully submitted,

s/ *Paul F. Millus*

Paul F. Millus

PFM:mr
cc: Thomas Kjellberg, Esq. (By ECF)

**ALBANY**
One Commerce Plaza
Suite 1705
4068830bany, New York 12260
Tel: 518-465-5551 I Fax: 518-465-2033

**NEW YORK CITY**
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 1001B-0026
Tel: 212-239-4999 I Fax: 212-239-1311

**WASHINGTON, D.C.**
1300 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
Tel: 202-496-7103 I Fax: 202-223-0358