UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RHINSTONE JEWELRY CORPORATION,

                              Plaintiff,

         -against-

BLING JEWELRY INC., EJEWELER.COM LLC d/b/a
OVERSTOCKJEWELER.COM, ELENA CASTANEDA.
and JOHN DOES 1-10,

                             Defendants.

------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 03/13/2018

<u>ORDER SCHEDULING</u>
<u>SETTLEMENT CONFERENCE</u>

17-CV-8202 (GBD)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for <u>**Tuesday, April 10, 2018 at 2:00 p.m.**</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>Tuesday, April 3, 2018 by 5:00 p.m.</u>

      SO ORDERED.

Dated: March 13, 2018
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge