**MEYER SUOZZI**

Paul F. Millus
Member of the Firm

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Direct Dial: 516-592-5933   Office: 516-741-6565
Fax: 516-741-6706
pmillus@msek.com
www.msek.com

April 2, 2018

**BY ECF**

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY  10007

      Re:    *Rhinestone Jewelry Corp. v. Bling Jewelry Inc., Ejeweler.com LLC d/b/a Overstockjeweler.com, Elena Castaneda and John Does 1-10*
             U.S.D.C., S.D.N.Y. Case No.:  1:17-cv-08202

Dear Judge Daniels:

      We are the attorneys for defendants in this civil action.  We write pursuant to Rule II(C) of Your Honor's Individual Rules and Practices to respectfully request an extension of time for defendants' to respond to plaintiff's complaint to April 20, 2018, as the parties are scheduled to appear before Hon. Katharine Parker for a settlement conference on April 10, 2018.  Please note that this is defendants' first request for an extension.  Today is the present deadline for defendants to respond to plaintiff's complaint.  Plaintiff's counsel consents to this request.

      Thank you for your consideration in this matter.

                                  Respectfully submitted,

                                  s/ *Paul F. Millus*

                                  Paul F. Millus

PFM:mr

cc:  Thomas Kjellberg, Esq. (By ECF)

4089911

ALBANY
One Commerce Plaza
Suite 1705
Albany, New York 12260
Tel: 518-465-5551 | Fax: 518-465-2033

NEW YORK CITY
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
Tel: 212-239-4999 | Fax: 212-239-1311

WASHINGTON, D.C.
1300 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
Tel: 202-496-2103 | Fax: 202-223-0358