

**COWAN
LIEBOWITZ
LATMAN**

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Thomas Kjellberg**
(212) 790-9202
txk@cll.com

MAR 0 2 2018

March 1, 2018

**By ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED
The conference is adjourned to April 10, 2018 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

MAR 0 2 2018

Re: Rhinestone Jewelry Corporation v. Bling Jewelry Inc. *et al.*,
Civil Action No. 17cv8202 (GBD) (KHP)
Second Request for Adjournment of Initial Pretrial Conference

Dear Judge Daniels:

We represent Rhinestone Jewelry Corporation, the plaintiff in this matter. We write on behalf of all of the parties to seek a second adjournment of the initial pretrial conference, initially scheduled for January 16, 2018 at 9:30 a.m., and adjourned with the Court's permission to February 13, 2018 and March 6, 2018.

On February 20, 2018 the Court granted the parties' joint motion to refer the case to Magistrate Judge Katharine H. Parker for settlement. Magistrate Judge Parker has scheduled a pre-Settlement Conference telephone conference for March 13, 2018.

Accordingly, the parties respectfully request that the initial conference be adjourned until a date to be reset after the Settlement Conference, in the event that the parties fail to reach settlement.

Respectfully submitted,

s/Thomas Kjellberg

Thomas Kjellberg

cc: Paul F. Millus, Esq.

30108/012/2408116.1