**MEYER SUOZZI**

Paul F. Millus
Member of the Firm

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Direct Dial: 516-592-5933   Office: 516-741-6565
Fax: 516-741-6706
pmillus@msek.com
www.msek.com

April 6, 2018

**BY ECF**

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY  10007

  Re: *Rhinestone Jewelry Corp. v. Bling Jewelry Inc., Ejeweler.com LLC
    d/b/a Overstockjeweler.com, Elena Castaneda and John Does 1-10*
    U.S.D.C., S.D.N.Y. Case No.:  1:17-cv-08202

Dear Judge Daniels:

  We are the attorneys for defendants in this civil action.  We write on behalf of all parties, pursuant to Rule II(C) of Your Honor's Individual Rules and Practices, to seek a third adjournment of the initial conference presently scheduled for April 10, 2018 at 9:30 a.m.

  The parties are scheduled to appear before Hon. Katharine Parker for a settlement conference on April 10, 2018.  Accordingly, the parties respectfully request that the initial conference be adjourned until after April 20, 2018, a date beyond the settlement conference and the current due date to respond to the complaint, in the event the parties fail to reach settlement.

  Thank you for your consideration in this matter.

            Respectfully submitted,

            s/ *Paul F. Millus*

            Paul F. Millus

PFM:mr

cc:  Thomas Kjellberg, Esq. (By ECF)

4091356

| ALBANY | NEW YORK CITY | WASHINGTON, D.C. |
|---|---|---|
| One Commerce Plaza | 1350 Broadway, Suite 501 | 1300 Connecticut Avenue, N.W. |
| Suite 1705 | P.O. Box 822 | Suite 600 |
| Albany, New York 12260 | New York, New York 10018-0026 | Washington, DC 20036 |
| Tel: 518-465-5551 | Fax: 518-465-2033 | Tel: 212-239-4999 | Fax: 212-239-1311 | Tel: 202-496-2103 | Fax: 202-223-0358 |