UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RHINESTONE JEWLERY CORPORATION,     :
                                    :
                  Plaintiff,        :
                                    :
        -against-                   :    ORDER
                                    :
BLING JEWLERY INC., et al.,         :    17 Civ. 8202 (GBD) (KHP)
                                    :
                  Defendants.       :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York          SO ORDERED.
       April 10, 2018

                                   *George B. Daniels* (signature)
                                   GEORGE B. DANIELS
                                   United States District Judge