AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 17-cv-8202    DATE FILED 10/24/2017 | Southern District of New York<br>500 Pearl Street<br>New York, New York 10007-1312 |
| PLAINTIFF | DEFENDANT |
| Rhinestone Jewelry Corporation | Bling Jewelry, Inc.<br>Ejeweler.com LLC d/b/a overstockjeweler.com<br>Elena Castañeda |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu 972-975 | Fancy Bridal Combs Collection # 14828 | Rhinestone Jewelry Corporation |
| 2 VAu 959-166 | Exquisite Bridal Combs Collection # 14396 | Rhinestone Jewelry Corporation |
| 3 VAu 972-975 | Fancy Bridal Combs Collection # 14827 | Rhinestone Jewelry Corporation |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>4/11/2018 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/J. Whertvine | DATE<br>4/11/2018 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RHINESTONE JEWLERY CORPORATION, :
:
Plaintiff, :
:
-against- : ORDER
:
BLING JEWLERY INC., et al., : 17 Civ. 8202 (GBD) (KHP)
:
Defendants. :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
April 10, 2018

SO ORDERED.

GEORGE B. DANIELS
United States District Judge