**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

RHINESTONE JEWELRY CORPORATION,        :

                Plaintiff,        :   **NOTICE OF VOLUNTARY**
                                                      **DISMISSAL PURSUANT TO**
      -against-        :   **F.R.C.P. 41(a)(1)(A)(i)**

BLING JEWELRY INC., EJEWELER.COM LLC        :   No. **17-cv-08202-GBD**
d/b/a OVERSTOCKJEWELER.COM, ELENA
CASTAÑEDA, and JOHN DOES 1-10,        :

                Defendants.
-----------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rhinestone Jewelry Corporation, through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: New York, New York
       May 23, 2018

                                              COWAN, LIEBOWITZ & LATMAN, P.C.

                                              By  s/ Thomas Kjellberg
                                                  Thomas Kjellberg

                                             114 West 47th Street
                                             New York, New York 10036-1525
                                             txk@cll.com
                                             (212) 790-9200