USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 29 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RHINESTONE JEWELRY CORPORATION,

                Plaintiff,

-against-

BLING JEWELRY INC., EJEWELER.COM LLC
d/b/a OVERSTOCKJEWELER.COM, ELENA
CASTAÑEDA, and JOHN DOES 1-10,

                Defendants.
------------------------------------------------------------------x

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

No. 17-cv-08202-GBD

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rhinestone Jewelry Corporation, through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: New York, New York
         May 23, 2018

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                              By  s/ Thomas Kjellberg
                                  Thomas Kjellberg

                              114 West 47th Street
                              New York, New York 10036-1525
                              txk@cll.com
                              (212) 790-9200

**SO ORDERED:**

MAY 29 2018

/s/ George B. Daniels
U.S.D.J.

30108/012/2451840.1